UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00183-MOC

| | | |
|---|---|---|
| **SANDRA W. PATE,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on defendant's Motion for Remand. Having considered such motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Remand (#10) is **GRANTED**, the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. §405(g), and this matter is **REMANDED** to the Commissioner for further proceedings, including a new hearing. The Motion for Summary Judgment (#8) is **TERMINATED** as moot.

The Clerk of Court is directed to enter a separate Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure consistent with this Order of Remand.

Signed: November 2, 2018

Max O. Cogburn Jr.
United States District Judge